UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs<br><br>PRISCILLA PROPERTIES, LLC, NANCY BELANGER, AS ADMINISTRATRIX OF THE ESTATE OF NEIL BELANGER, NANCY BELANGER INDIVIDUALLY, MONICA A. GRAHAM, MONICA GRAHAM TRUST, PINE CONSTRUCTION CORP.<br><br>Defendant(s) | **NOTICE OF MOTION**<br><br>15-cv-04764 (ADS)(AYS) |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Todd D. Kremin, Esq., dated November 4, 2016, the exhibits thereto, and Plaintiff's Memorandum of Law submitted herewith, the Scottsdale Insurance Company, Declaration of Mark Garrison, by its undersigned attorneys, will move this Court **on a date and time to be determined by the Court**, for an Order,

(i) Granting default judgement against defendants Priscilla Properties, LLC and Pine Construction Corp, (ii) summary judgement against all other remaining defendants and (iii) granting any such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Individual Rules of Judge Feuerstein, all opposing papers shall be served within 14 days after service hereof.

DATED:   Garden City, New York
          November 4, 2016

5767314.1

Respectfully submitted,

GOLDBERG SEGALLA LLP

By: _____/s/_____
    Todd D Kremin, Esq.
*Attorneys for Plaintiff*
200 Garden City Plaza, Suite 520
Garden City, New York 11530-3203
516.281.9820
**tkremin@goldbergsegalla.com**

5767314.1